UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:04CR362 CDP |
| | ) | |
| MARK BATEMAN, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that defendant's motion to continue his supervised release revocation hearing [# 44] is granted.

**IT IS FURTHER ORDERED** that the supervised release revocation hearing as to defendant Mark Bateman is reset to **Wednesday, August 1, 2007 at 10:00 a.m.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 26th day of July, 2007.